MILESTONES HOMES, INC., Respondent, v MICHAEL COLLICHIO et al., Appellants. [639 NYS2d 767]

Present—Pine, J. P., Wesley, Balio, Davis and Boehm, JJ.

ALLAN J. BENTKOFSKY, as Bankruptcy Trustee for Art Walker's Parts & Service Corp., Appellant-Respondent, v VINCENT A. TESTA et al., Respondents, and ANTHONY F. DANNIBLE et al., Respondents-Appellants. [639 NYS2d 767]

Present—Pine, J. P., Wesley, Balio, Davis and Boehm, JJ.

PEOPLE, Respondent, v JOSEPH ALBERT, Appellant. [639 NYS2d 766]

Present—Green, J. P., Pine, Wesley, Balio and Boehm, JJ.

In the Matter of ERIC GERBER, an Attorney. [639 NYS2d 764] Present—Denman, P. J., Green, Pine, Fallon and Wesley, JJ.

In the Matter of JOHN T. PAPWORTH, a Suspended Attorney. [639 NYS2d 765]

Present—Denman, P. J., Green, Pine, Fallon and Doerr, JJ.

PEOPLE, Respondent, v ROBERT JOHNSON, Appellant. [640 NYS2d 829]

Present—Pine, J. P., Lawton, Wesley, Balio and Davis, JJ.